IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| ANGELA M. LEE, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   No. 4:11CV00236 SWW |
| | * |
| LIMITED BRANDS STORE OPERATIONS, | * |
| INC. and VICTORIA'S SECRET STORES | * |
| LLC, | * |
| | * |
| | * |
| Defendants. | * |

**Order**

Before the Court is defendant Victoria's Secret Stores, LLC's motion to compel to which plaintiff failed to respond. The motion [docket entry 26] is granted. Plaintiff is directed to immediately provide defendant with initial disclosures, responses to defendant's first set of interrogatories and requests for production of documents, and the dates on which she is available for deposition. Plaintiff's failure to abide by the Orders of the Court may result in dismissal of her case. The Court further finds pursuant to Fed.R.Civ.P. 36(a)(3) that defendant's request for admissions are deemed admitted.[1]

SO ORDERED this 12th day of January, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] When granting plaintiff's motion to proceed *in forma pauperis*, the Court noted plaintiff's *pro se* status and informed her that she was expected to be familiar with and comply with all the Federal Rules of Civil Procedure. *See* docket entry 5, dated March 18, 2011. Fed.R.Civ.P. 36(a)(3) provides that if a plaintiff fails to deny or object to a defendant's request for admissions in a timely manner, they are deemed admitted.