IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ANGELA M. LEE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:11CV00236 SWW |
| | * | |
| LIMITED BRANDS STORE OPERATIONS, INC. and VICTORIA'S SECRET STORES LLC, | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this day, and the Memorandum and Order entered in this matter on June 14, 2011, it is CONSIDERED, ORDERED, and ADJUDGED that this complaint be and is hereby dismissed with prejudice.

DATED this 2nd day of March 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE